IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GIOVANNI KALI VEGA,

    *Plaintiff*,

v.                                                            Case No.: 4:23cv186-MW/MAF

J. RUNYON,

    *Defendants*.

_____/

## ORDER REJECTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and Plaintiff's letters concerning payment of the filing fee, ECF Nos. 6 & 7. The Magistrate Judge recommends dismissal for failure to prosecute and failure to comply with a Court Order, noting that Plaintiff had not either paid the filing fee or moved to proceed *in forma pauperis*. Upon review, however, it appears there was some miscommunication, and the Plaintiff has, in fact, paid the filing fee. *See* ECF No. 5 (noting filing fee receipt number and updating status to *paid*). Accordingly, this Court **rejects** the report and recommendation, ECF No. 4. This case is remanded to the Magistrate Judge for further proceedings.

    **SO ORDERED on July 19, 2023.**

                                                 s/Mark E. Walker               
                                                 **Chief United States District Judge**