IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GIOVANNI KALI VEGA,**

   *Plaintiff*,

v.                                              Case No.: 4:23cv186-MW/MAF

**J. RUNYON,**

   *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

    This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 31. The Magistrate Judge recommends that Plaintiff's 42 U.S.C. § 1983 complaint be dismissed because Plaintiff failed to state a claim upon which relief may be granted. *See id*. This Court has independently verified that the Magistrate Judge's Report and Recommendation has not been returned as undeliverable. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

    1. The report and recommendation, ECF No. 31, is **accepted and adopted** as

this Court's opinion.[1]

2. Defendant's motion to dismiss, ECF No. 23, is **GRANTED**.

3. Plaintiff's complaint under 42 U.S.C. § 1983, ECF No. 1, is **DISMISSED**.

4. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED** for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii)."

5. The Clerk shall close the file.

**SO ORDERED on April 10, 2024.**

                                              s/Mark E. Walker
                                              **Chief United States District Judge**

---

[1] With one exception. The Report and Recommendation states that Plaintiff's request for Defendant to remove his gang member label is not an ongoing injury because the designation occurred in the past. This Court disagrees. While the designation may have occurred in the past, Plaintiff's alleged injury from the designation is ongoing and could be remedied by prospective injunctive relief under *Ex parte Young*. The injury is still not cognizable here though because Plaintiff's Eighth Amendment claim fails on the merits (due, in large part, to the speculative nature of the injury).