IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GIOVANNI KALI VEGA,**

    *Plaintiff*,

v.                                            Case No.: 4:23cv186-MW/MAF

**J. RUNYON**

    *Defendant.*
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Second Report and Recommendation, ECF No. 31, and has also reviewed *de novo* Plaintiff's objections, ECF No. 40. Plaintiff asserts that he withdraws his claims for "injunctive relief, monetary relief, compensatory damages, and punitive damages . . . ." in addition to his claims associated with "the loss of a paying job," and "a due process violation." *Id*. at 1. Nonetheless, Plaintiff continues to quarrel with the evidence supporting the decision to label him as a gang member and asks for his case to proceed to discovery on this claim. However, notwithstanding Plaintiff's objections, this Court agrees with the Magistrate Judge that Plaintiff's claims are due to be dismissed.

    Accordingly,

    **IT IS ORDERED**:

The second report and recommendation, ECF No. 31, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Defendant's motion to dismiss, ECF No. 23, is **GRANTED**. The Clerk shall enter judgment stating, "Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief may be granted." The Clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and close the file.

**SO ORDERED on May 29, 2024.**

                                                      s/Mark E. Walker  
                                                     **Chief United States District Judge**